PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

FILED

May 09, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALYSSA N. CORRAL, <br><br> Defendant. | CASE NO. 2:23-mj-0079 AC <br><br> VIOLATION: 18 U.S.C. § 13 and C.V.C. § 23103(a) – Reckless Driving |

## I N F O R M A T I O N

<u>COUNT ONE</u>:        [18 U.S.C. § 13 and C.V.C. § 23103(a) – Reckless Driving]

The United States Attorney charges:  T H A T

ALYSSA N. CORRAL,

defendant herein, on or about February 19, 2023, at Travis Air Force Base, County of Solano, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did unlawfully drive a motor vehicle upon a highway in a willful and wanton disregard for the

///

///

///

///

1  safety of persons and property, in violation of Title 18, United States Code, Section 13 and California
2  Vehicle Code Section 23103(a), a Class B misdemeanor.
3
4  DATED: May 8, 2023               PHILLIP A. TALBERT
                                    United States Attorney
5
6
                                    By: /s/ *Alstyn Bennett*
7                                       ALSTYN BENNETT
                                        Assistant U.S. Attorney
8

## **UNITED STATES v. ALYSSA N. CORRAL**

### **Penalty Slip**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and C.V.C. § 23103(a) – Reckless Driving |
| PENALTY: | Imprisonment for not less than five days or more than 90 days or by a fine of not less than $145 nor more than $1,000, <u>or</u>, <u>both</u>. |
| SPECIAL ASSESSMENT: | $10 |