```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:23-mj-00079-AC |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] |
| | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE |
| ALYSSA N. CORRAL, | ) DATE:  June 26, 2023 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 26, 2023 at 9:00 a.m.

2. Since the prior hearing, the United States has produced discovery to defendant, including investigative reports and video. Defendant has requested additional categories of discovery. The United States is currently investigating these requests.

///

3. Accordingly, the parties require additional time to complete discovery. By this stipulation, the parties now jointly move to continue the status conference to July 31, 2023, at 9:00 a.m.

4. The charged offense is a Class B misdemeanor. Therefore, no exclusion of time under the Speedy Trial Act is required.

IT IS SO STIPULATED.

DATED: June 23, 2023          PHILLIP A. TALBERT
                              United States Attorney


                         By:  /s/ Alstyn Bennett
                              ALSTYN BENNETT
                              Assistant U.S. Attorney


                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Counsel for Defendant


### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to July 31, 2023 at 9:00 a.m.

FOUND AND ORDERED this 25 day of July 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE