PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-mj-00079-AC |
| Plaintiff, | STIPULATION AND [~~Proposed~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALYSSA N. CORRAL, | DATE: July 31, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on July 31, 2023 at 9:00 a.m.

2. Since the prior hearing, the United States has produced an additional video and additional discovery may be forthcoming. The defense will need time to review and discuss potential resolution.

3. Accordingly, the parties require additional time to complete discovery.  By this stipulation, the parties now jointly

STIPULATION AND [PROPOSED] ORDER	1	U.S. v. ALYSSA N. CORRAL

1. move to continue the status conference to August 21, 2023, at 9:00 a.m.

2. 4. The charged offense is a Class B misdemeanor. Therefore, no exclusion of time under the Speedy Trial Act is required.

IT IS SO STIPULATED.

DATED: July 28, 2023
PHILLIP A. TALBERT
United States Attorney

By: */s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant U.S. Attorney

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Counsel for Defendant
(*Approved via email on 7/28/2023*)

[PROPOSED] **FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled on ~~May 24, 2022 at 9:30 a.m.~~ July 31, 2023 at 9:00 a.m.[amended by the Court] is continued to August 21, 2023, at 9:00 a.m.

FOUND AND ORDERED this 28th day of July 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE