HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
ALYSSA N. CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:23-mj-00079-AC |
|---|---|---|
| Plaintiff, | ) | **CONSENT TO VIDEO APPEARANCE PURSUANT TO FRCP 43(b)** |
| vs. | ) | |
| ALYSSA N. CORRAL, | ) | Date:  August 21, 2023 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Judge Allison Claire |

Pursuant to Rule 43, Federal Rules of Criminal Procedure, Defendant ALYSSA N. CORRAL hereby waives the right to be present in-person in open court upon hearing any motion or other proceeding in this case, specifically including entering a plea and imposition of a sentence. The defendant retains the right to be present over videoconferencing for both pleading and sentence imposition.  Defendant hereby agrees that her interests will be deemed represented at all times by the Defendant's attorney's presence, same as if Defendant were present in-person rather than on videoconference.

Good cause exists for the Court to grant this request as Ms. Corral is unemployed, her car is in poor condition, and she recently had to move to the bay area.  Coming to this hearing, in

-1-

person, would present a hardship for her.  Ms. Corral does have access to zoom and is able to arrange for a quiet place to attend the hearing via zoom.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: August 18, 2023

                               /s/ Alyssa Corral
                               ALYSSA N. CORRAL
                               DEFENDANT

I agree and consent to my Client's Appearance Waiver.

Dated: August 18, 2023

                               HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ Linda C. Harter
                               LINDA C. HARTER
                               Attorney for Defendant
                               ALYSSA N. CORRAL

IT IS SO ORDERED.

Dated:  August 21, 2023

                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE