UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:23-mj-00079-AC |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **ALYSSA N. CORRAL** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. § 13 and C.V.C. § 23103(a) | Reckless Driving |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $500.00, a special assessment of $10.00.
    Victim Name:                                                          Restitution Amount $
    Victim Name:                                                          Restitution Amount $
    Victim Name:                                                          Restitution Amount $

    ☒ Total financial obligation of $510.00 due immediately or no later than February 20, 2024
    ☐ Monthly payments of $ , per month for  months commencing on and each month thereafter by the of the month until paid in full.

☒ **PROBATION** for a term of 6 months, expiring on February 20, 2024. Your conditions of probation are as follows:

    1.    Your probation shall be unsupervised;
    2.    You shall not commit another federal, state, or local crime;
    3.    You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

    ☒ You shall perform 40 hours of community service by February 20, 2024

    **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on by .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a **REVIEW HEARING** on at and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing.  Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: Abstract to be issued and sent to the DMV. The Defendant to be processed by the United States Marshals Office in Oakland, CA. Status Conference set for 2/12/2024 at 09:00 AM in Courtroom 26 (AC) to be held in person before Magistrate Judge Allison Claire.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record.  The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 8/22/2023                                                                                                     /s/ *Allison Claire*
                                                                                                              **Allison Claire**
                                                                                                              United States Magistrate Judge

CRD  Initials: JA