PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA N. CORRAL,<br><br>Defendant. | CASE NO. 2:23-MJ-00079-AC<br><br>STIPULATION REGARDING VACATING STATUS OF PROBATION HEARING; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: February 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 22, 2023, defendant plead guilty to a violation of 18 U.S.C. § 13 and C.V.C. § 23103(a) – Reckless Driving. ECF 16. The same date, the Court sentenced defendant. As part of the sentence, defendant was ordered to pay a fine of $500, a special assessment of $10, and complete 40 hours of community service by February 20, 2024. ECF 16, 18.

2. By previous order, this matter was set for status of probation on February 12, 2024.

3. On February 9, 2024, counsel for defendant provided the government with proof of completion of 40 hours of community service and full payment of imposed fines.

/ / /

/ / /

4. By this stipulation, the parties now move to vacate the status of probation hearing currently set for February 12, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALSTYN BENNETT<br>ALSTYN BENNETT<br>Assistant United States Attorney |
| Dated: February 9, 2024 | /s/ LINDA C. HARTER<br>LINDA C. HARTER<br>Counsel for Defendant<br>ALYSSA N. CORRAL |

### [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 9th day of February, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE